IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**SHELIA FRANKLIN, et al.**

      *Plaintiffs*,

v.

**BJ'S WHOLESALE CLUB, INC.**

      *Defendant.*

Civil Action No. PWG 21-cv-1855

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

The Plaintiffs, Shelia Franklin, Maria Claros and Sheri Rainge, by their attorneys, James M. Ray, II and Ray Legal Group, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismiss without prejudice all of their claims against Defendant BJ's Wholesale Club, Inc.

Respectfully Submitted,

**RAY LEGAL GROUP, LLC**

By: /s/ James M. Ray
James M. Ray, II (#012773)
jim.ray@raylegalgroup.com
8720 Georgia Avenue, Suite 904
Silver Spring, Maryland 20910
Phone: (301) 755-5656
Fax:    (301) 755-5627

*Attorneys for Plaintiffs*

---

SO ORDERED on August 19, 2021. The Clerk is directed to close this case.

    /S/

Paul W. Grimm
United States District Judge